UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALVIN BOUYER,

   Plaintiff,

v.                                      Case No. 8:22-cv-0219-KKM-AEP

ROY GRINAPELL,

   Defendant.
_____

## ORDER

Plaintiff notified the Court that the parties settled this case. (Doc. 23.) Accordingly, it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. *See* Local Rule 3.09(b). Within 30 days of this order, the parties may submit a stipulated judgment or move to reopen this action. *See id*.; FED. R. CIV. P. 59(e), 60(b). After that 30-day period, dismissal shall be **WITH PREJUDICE**. The Clerk is directed to terminate any pending motions and deadlines and to close this case.

**ORDERED** in Tampa, Florida, on September 22, 2022.

*/s/ Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge